**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6638**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARYL BERNARD TYSON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:10-cr-00094-D-1)

_____

Submitted:  June 25, 2024　　　　　　　　　　　　　Decided:  June 27, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daryl Bernard Tyson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Bernard Tyson appeals the district court's order denying his motions for a reduction in sentence and for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Tyson*, No. 4:10-cr-00094-D-1 (E.D.N.C. June 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*